Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**   *E-FILED - 10/6/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-3487 RMW HRL |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT HENRY CHAU; ORDER THEREON** |
| HENRY CHAU, | |
| Defendant. | |

BNFY 631688v1                1                (CV-04-3487 RMW HRL)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT HENRY CHAU; ORDER THEREON**

1  Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")
2  hereby respectfully requests that the Court enter an Order dismissing the above-captioned action
3  with prejudice as to Defendant Henry Chau ("Defendant").  This request is made on the grounds
4  that Defendant and DIRECTV have entered into an agreement settling this matter.  Pursuant to
5  the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against
6  Defendant with prejudice, each party to bear its/his own attorneys' fees and costs incurred in this
7  action to date.
8  Defendant answered the Complaint on or about December 7, 2004.  DIRECTV,
9  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
10 order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an
11 order dismissing Defendant with prejudice.

12 DATED: August 23, 2005              Respectfully Submitted,

13                                     BUCHALTER, NEMER, FIELDS & YOUNGER
                                       A Professional Corporation
14

15
                                       By:     /s/ Brandon Q. Tran
16                                                 Brandon Q. Tran
                                           Attorneys for Plaintiff DIRECTV, Inc.
17

# ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant Henry Chau, filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Henry Chau only;

2. Each party shall bear its/his own attorneys' fees and costs incurred in this action to date; and

3. As Defendant Henry Chau is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 10/6/05

\_\_\_\_\_/S/ RONALD M. WHYTE_____
Honorable Ronald M. Whyte
United States District Court
Northern District of California